HARE'S MOTORS, INC., Appellant, *v.* FRED ROEDER MANUFACTURING COMPANY, Respondent.

*Replevin — lien — action to replevin two motor trucks — defense of lien for work and materials furnished thereon pursuant to contract with another.*

*Hare's Motors, Inc., v. Roeder Mfg. Co.,* 207 App. Div. 670, affirmed.

(Argued May 15, 1924; decided June 3, 1924.)

APPEAL from a judgment, entered January 17, 1924, upon an order of the Appellate Division of the Supreme Court in the second judicial department, reversing a judgment in favor of plaintiff entered upon a decision of the court at a Trial Term without a jury and directing a dismissal of the complaint. The action was brought by the plaintiff, appellant, to replevy two Riker motor trucks conceded to be the property of the plaintiff. The defense was that the defendant, respondent, had an artisan's lien on these two trucks by reason of certain work performed and materials furnished in pursuance of a contract made between the defendant and another corporation known as the Hare's Motors of New England, Inc.

*Bertram L. Fletcher* for appellant.

*Charles Burston* and *Louis J. Opal* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, MC-LAUGHLIN, CRANE and ANDREWS, JJ. Dissenting: LEHMAN, JJ.